61 So.3d 480 (2011)
Charles W. McKINNELL, Appellant,
v.
STATE of Florida, Appellee.
No. 4D09-3249.
District Court of Appeal of Florida, Fourth District.
May 18, 2011.
Harry E. Geissinger, III, Palm Beach, for appellant.
Pamela Jo Bondi, Attorney General, Tallahassee, and Don M. Rogers, Assistant Attorney General, West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979).
WARNER, POLEN and CONNER, JJ., concur.